PROB 12C
(6/16)

Report Date: September 5, 2024

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Willie Jackson, Jr.    Case Number: 0980 2:18CR00046-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 14, 2018

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113 (a) | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: June 7, 2023 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: June 6, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2024.

On June 16, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on August 30, 2024. |
| | The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on August 30, 2024. |

Prob12C
Re: Jackson, Jr., Charles Willie
September 5, 2024
Page 2

| | | |
|---|---|---|
| 7 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about September 4, 2024.

On September 4, 2024, the offender reported to the U.S. Probation Office where he submitted a urine specimen that returned presumptive positive for methamphetamine and amphetamine. At that time, he signed a denial form indicating he did not use said substances. The urine specimen was sent to the national laboratory for confirmation.

Later that day, Mr. Jackson was questioned about his recent positive drug test and he stated, "no meth, I did ecstasy."

| | | |
|---|---|---|
| 8 | | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licenced/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged Mr. Jackson is in violation of his conditions of supervised release by failing to obtain a substance abuse assessment on or about August 19, 2024.

On August 28, 2024, The probation officer received email correspondence from PHS indicating the offender failed to report for his substance abuse assessment on August 19, 2024.

On August 29, 2024, Mr. Jackson was instructed to schedule another substance abuse assessment and he stated he understood. As of the date of this report, he has not scheduled an assessment as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 5, 2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Jackson, Jr., Charles Willie
September 5, 2024
Page 3

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [X] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [ ] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

_____
Thomas O. Rice
United States District Judge

September 5, 2024
Date