PROB 12C
(6/16)

Report Date:  July 10, 2026

## United States District Court

**for the**

### Eastern District of Washington

ECF No 118

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Willie Jackson, Jr.     Case Number: 0980 2:18CR00046-TOR-1

Address of Offender: ███████████, Spokane, Washington 99218

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 14, 2018

Original Offense:     Bank Robbery, 18 U.S.C. § 2113 (a)

Original Sentence:     Prison - 70 months     Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:     Prison- 5 months
(January 9, 2025)        TSR- 24 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard     Date Supervision Commenced: May 9, 2025

Defense Attorney:     Steve Roberts     Date Supervision Expires: May 8, 2027

## PETITIONING THE COURT

To issue a warrant.

On May 12, 2025, Mr. Jackson's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged the offender violated special condition number 6, by testing positive for a controlled substance, marijuana, on or about May 27, 2026. |
| | On May 27, 2026, the offender reported to the U.S. probation officer. He submitted to a random urinalysis, which returned presumptive positive for marijuana. He admitted use. |
| 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: It is alleged the offender violated standard condition number 13, by failing to report to the U.S. Probation Office as instructed on July 7, 2026. |

Prob12C
**Re: Jackson, Jr., Charles Willie**
**July 10, 2026**
**Page 2**

The undersigned contacted the offender approximately 9:45 a.m., instructing him to report on that date by 4 p.m.

Mr. Jackson failed to report as instructed and did not contact the probation officer. The undersigned sent Mr. Jackson a text message instructing him to report to the U.S. Probation Office on July 8, 2026.

3    **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged the offender violated standard condition number 13, by failing to report to the U.S. Probation Office as instructed on July 9, 2026.

Mr. Jackson replied late in the evening on July 8, 2026, to the officer's earlier text message, stating that he would not be able to report on July 8, 2026. This officer, trying to work with Mr. Jackson, subsequently rescheduling his report time to July 9, 2026, by 3 p.m.

Mr. Jackson failed to report as instructed and did not contact the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 10, 2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

7/10/2026

Date